AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

**for the**

**Western District of New York**

**United States of America**

**v.**

**RASHAD RABAH,**

*Defendant*

**Case No. 26-MJ-4002**

## CRIMINAL COMPLAINT

I, CHRISTA SNYDER, the complainant in this case, state that the following is true to the best of my knowledge and belief: That from approximately April 2022, through August 7, 2025, in the Western District of New York and elsewhere, the defendant, RASHAD RABAH:

(1) did knowingly employ, use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which depictions were produced using materials that had been shipped or transported in and affecting interstate commerce, and which depictions were transported in and affecting interstate and foreign commerce, including by computer, in violation of 18 U.S.C. § 2251(a);

(2) did knowingly receive child pornography that had been transported in and affecting interstate and foreign commerce, including by computer, in violation of 18 U.S.C. § 2252A(a)(2)(A); and

(3) did knowingly possess material that contained images of child pornography that had been transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B).

This Criminal Complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT OF FBI SPECIAL AGENT CHRISTA SNYDER.**

☒ Continued on the attached sheet.

CHRISTA SNYDER, SPECIAL AGENT, FBI

Affidavit and Criminal Complaint submitted electronically in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d) on:

Date: January 12 , 2026

*Judge's signature*

COLLEEN D. HOLLAND
UNITED STATES MAGISTRATE JUDGE

City and State: Rochester, New York

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, CHRISTA M. SNYDER, being duly sworn, depose and state:

1. I have been employed as a Special Agent of the FBI since December 2020 and am currently assigned to the Rochester, NY Resident Agency. As a member of the FBI's Child Exploitation Task Force, I am responsible for investigating federal crimes, including violations of 18 U.S.C. §§ 2251(a) (production of child pornography), 2252A(a)(2)(A) (receipt and distribution of child pornography), and 2252A(a)(5)(B) (possession of child pornography).

2. This affidavit is made in support of a criminal complaint charging RASHAD RABAH, with the production, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a), 2252A(a)(2)(A), and 2252A(a)(5)(B).

3. The information contained in this affidavit is based upon my personal knowledge and observations, my training and experience, my conversations with other law enforcement officers and witnesses, and my review of documents and records related to this case.

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included every fact known to me as a result of this investigation. Rather, I have set forth the facts that I believe are relevant to demonstrate that in the Western District of New York, RABAH knowingly violated 18 U.S.C. §§ 2251(a), 2252A(a)(2)(A), and 2252A(a)(5)(B).

**U.S. Postal Inspection Service (USPIS) Investigation of Rashad RABAH**

5. On or about July 31, 2025, a USPIS Analyst was remotely reviewing CCTV surveillance footage for a Post Office in Chandler, Arizona. During this time, the Analyst

observed a customer mail a package ("the Pennels Parcel") to Rochester, New York. Based on its characteristics, the Analyst suspected that the Pennels Parcel contained contraband. In response, the Analyst contacted a USPIS Postal Inspector in Rochester, NY to monitor the Pennels Parcel's arrival.

6. On August 1, 2025, a Postal Inspector interdicted the Pennels Parcel upon its arrival at the Processing and Distribution Center located at 1335 Jefferson Road, Henrietta, NY (the Henrietta Post Office). According to the Postal Inspector, the package shared characteristics known to be associated with packages containing narcotics, as it had excessively taped seals, a handwritten label, was paid for in cash, and was inbound from Arizona, a known source location for the distribution of narcotics.

7. On August 4, 2025, a warrant was issued by U.S. Magistrate Judge Colleen D. Holland under Magistrate Court Number 25-MJ-4097 to search the Pennels Parcel. During the search, the Pennels Parcel was found to contain approximately 885 grams of counterfeit oxycodone pills, which field tested positive for fentanyl.

8. On August 6, 2025, RASHAD RABAH went to the Henrietta Post Office and inquired about the whereabouts of the Pennels Parcel. RABAH provided a telephone number of "585-948-0438" as the number that he wanted postal workers to contact if the Pennels Parcel was located.

9. Later that evening, an individual called the Henrietta Post Office inquiring about the Pennels Parcel utilizing "585-948-0438."

10. Law enforcement conducted a controlled delivery of the Pennels Parcel on August 7, 2025. At approximately 11:01 a.m., RABAH arrived at the Henrietta Post Office and approached the service counter, where he requested the Pennels Parcel. A Postal

Inspector, acting in an undercover capacity, verbally verified the address on the Pennels Parcel and asked RABAH to provide a name. RABAH provided the name "Brandon Johnson" with a telephone number of "585-978-4970." The Postal Inspector asked for identification and RABAH was unable to provide one. The Postal Inspector provided RABAH the Pennels Parcell and RABAH exited the building.

11. RABAH was taken into custody upon leaving the building and two cellular telephones (PHONES 1 and 2) were removed from RABAH's person.

12. RABAH was interviewed and told USPIS that a friend offered him money to pick up a package at the Post Office. RABAH stated he planned to communicate to his friend using either of the PHONES upon receipt of the Pennels Parcel to get further instructions.

13. RABAH provided consent to search the PHONES and signed a USPIS consent form. RABAH also provided the passcodes for the PHONES. RABAH was not arrested and left the post office on his own.

**Preliminary Review of RABAH'S PHONES**

14. When a preliminary search of RABAH'S PHONES revealed images of suspected child pornography, the USPIS requested assistance from the FBI's Child Exploitation Task Force.

15. On August 22, 2025, I was provided access to data extractions of RABAH'S PHONES. PHONE 1 is an iPhone 16 Pro Max bearing Serial Number H6371H7L9W. PHONE 2 is an iPhone 16 Plus bearing Serial Number G7RV7XN6LJ.

16. On PHONE 1, I observed the following image of child pornography as defined by 18 U.S.C. § 2256(8):

a. Image Name: 4_5988010770921686514.mp4
Description: A video depicting a 12–15-year-old girl that appears to be lying

on a bed exposing her nude vulva. The girl is using her fingers to spread apart her labia exposing her vagina.

17. Based on the above, on September 11, 2025, United States Magistrate Judge Mark W. Pedersen issued a warrant authoring law enforcement to fully search RABAH's PHONES for evidence of child exploitation crimes.

**Search of PHONE 1**

18. The search of PHONE 1 revealed that it had the phone number 585-451-1669, and Apple ID "rashad.rabah@hotmail.com." Multiple user accounts associated with RABAH were present on PHONE 1 to include the Google account "rashad.rabah@gmail.com" and a Discord account associated with "rashad.rabah@gmail.com," all demonstrating RABAH's ownership and use of PHONE 1.

19. Additional accounts observed on PHONE 1 include a Telegram account with User ID "2028373409" and username "Ralph Steadman," and the Snapchat account "whopainteddat."

20. The Telegram Account was part of a chat group labeled, "highschool no limit teens." The group appeared to be dedicated to the exchange of sexually explicit images of children and young adults. Within the group chat, I observed approximately 11 videos of child pornography as defined by 18 U.S.C. § 2256(8). Three are described as follows:

a. File Name: 4_5767164471684367705
Platform: 4/19/2022 1:34:06 PM (UTC-4)
Description: A video, 2 minutes and 58 seconds in length, depicting a girl approximately 9-12 years of age fully naked with her vulva and labia exposed. An adult male is observed to be inserting his penis into her vagina.

b. File Name: 2021-08-30-20_20.12.36.mov
Platform: 4/19/2022 1:34:06 PM (UTC-4)
Description: A video, 13 seconds in length, depicting a girl approximately 7-11 years of age with her pants an underwear pulled down to her ankles exposing

her buttocks. The girl places her hands on the floor and proceeds to expose her anus and vulva.

c. File Name: 4_5803345263300969804.mp4
Platform: 4/19/2022 4:48:10 PM (UTC-4)
Description: A video, 13 seconds in length, depicting a girl approximately 10-14 years of age nude from the waist down. The girl is shown touching her vagina with her hand.

21. PHONE 1 also contained a text string between RABAH and a child now identified as 16-year-old Minor Victim 1 from the Western District of New York. On May 22, 2025, RABAH sought to purchase pictures of child pornography depicting Minor Victim 1. In response, Minor Victim 1 sent RABAH over 80 images and at least two videos depicting Minor Victim 1 in various stages of undress. Some of the images included depictions of Minor Victim 1 fully naked, exposing her vagina in a lascivious manner, and masturbating, all in violation of 18 U.S.C. §§ 2252(A)(2)(A) and 2252A(a)(5)(B).

22. On May 22, 2025, and May 24, 2025, RABAH sent Apple Pay payments to Minor Victim 1 within the text message feed.

23. Phone 1 was ultimately found to contain approximately 260 images and 70 videos of Minor Victim 1, which constitute child pornography as defined by 18 U.S.C. § 2256(8). It also contained multiple other images and videos of child pornography depicting children other than Minor Victim 1, ranging from approximately 7 to 16 years of age.

24. Examples of the child pornography depicting Minor Victim 1 that RABAH received and possessed on May 22, 2025, are described as follows:

a. Video File Name: _Library_SMS_Attachments_63_03_DB87A59F-C3B3-4989-B9D5-0F79325AF61F_filered-A5FC1BC7-8DBC-4DAE-8EC2-89A9BD5238C6~/Library/SMS/Attachments/63/03/DB87A59F-C3B3-4989-B9D5-0F79325AF61F_filered-A5FC1BC7-8DBC-4DAE-8EC2-89A9BD5238C6.mov
Sent: 5-22-2025 9:06:51 PM (UTC-4)

Description: A video, 37 seconds in length, depicting Minor Victim 1 positioned on her hands and knees with a male positioned behind her. The video shows Minor Victim 1 engaged in sexual intercourse.

b. Image File Name: _Library_SMS_Attachments_73_03_746C84E3-58AE-4BA4-8E1D-C8800DFED7A5_IMG_6203
~/Library/SMS/Attachments/73/03/746C84E3-58AE-4BA4-8E1D-C8800DFED7A5_IMG_6203.JPG
Sent: 5-22-2025 9:04:15 PM (UTC-4)

Description: An image depicting a close-up of Minor Victim 1 inserting a pink object into her vagina.

25. Phone 1 also contained message that Minor Victim 1 sent to RABAH on May 23, 2025, which said: "What's your snap. I have a friend that interested in selling." Minor Victim 1 then sent RABAH a picture of two females approximately 12-16 years of age. In response, RABAH provide a QR code for his Snapchat Account "whopainteddat."

**Search of PHONE 2**

26. PHONE 2 has an associated Apple ID "rashad.rabah@hotmail.com" and phone number "585-978-4970." Phone 2 also has the Google account, "rashadrabah@gmail.com," indicating that RABAH owned and used PHONE 2. PHONE 2 contained the same Telegram Account as PHONE 1 and was also logged into the "highschool no limit teens" group chat described above.

27. Telegram communications recovered from PHONE 2 involve the receipt and distribution of child pornography. For example, the following posts were made by users within the group:

"Anyone with cp content lets exchange vids"
"DM me let's exchange"
"trade boy?"
"i have good mega links"
"inbox me to share young black girls"

28. The Telegram Account belonging to the user of PHONE 2 with username

"Ralph Steadman," posted the following in the "highschool no limit teens" group on March 13, 2024:

"DM me if you got links"

29. Based on my training and experience, I know that "DM" means "direct message" and believe that the Telegram Account on PHONE 2 was instructing other members to direct message it if they had links to child pornography.

30. PHONE 2 contained approximately 172 images and 98 videos of Minor Victim 1, which constitute child pornography as defined by 18 U.S.C. § 2256(8). It also contained multiple other images and videos of child pornography depicting children other than Minor Victim 1, ranging from approximately 12 to 16 years of age.

31. Two such images are as follows:

a. <u>Name: 5005.JPG</u>
Created/Accessed: 2/22/2025
Description: An image depicting Minor Victim 1 fully naked lying on her back with her nude vagina exposed to the camera in a lascivious manner.

b. <u>Name: LocalVideoKeyFrame.jpg</u>
Created: 6/20/2025
Accessed: 6/20/2025
Description: An image depicting a Minor Victim 1 naked from the waist down. Minor Victim 1 appears to be lying on her back and is using her hand to insert a pink object into her vagina.

**<u>Forensic Interview of Minor Victim 1</u>**

32. Minor Victim 1 (now 16-years-old) was interviewed on December 3, 2025. Minor Victim 1 stated that she has known RABAH since she was in 3rd or 4th grade because he knew her mother. Minor Victim 1 explained that a friend who is also a minor told her that RABAH would pay girls money for nude photos. Minor Victim 1 believed that she began to produce and send RABAH nude photos of herself approximately four years ago, when she

was 12. This is consistent with forensic findings recovered from RABAH'S PHONES which indicate that Minor Victim 1 was added as a contact as early as September 2022. RABAH would ask Minor Victim 1 for photos by messaging, "more vagina," "more boobs," "I want to see your face in it" and "whole body," all in violation of 18 U.S.C. § 2251(a). Minor Victim 1 would send the photos through Snapchat. Minor Victim 1 explained that she would typically send the photos in groups of 10 at a time, however, there were times that she would send groups of 75-100 photos at a time. At most RABAH would pay her $120 at one time. RABAH would send the money to her utilizing CashApp or Apple Pay.

33. Minor Victim 1 explained that RABAH wanted photos showing her masturbating and sent her money through CashApp to purchase a dildo. Using RABAH's money, Minor Victim 1 purchased a pink-purple rubber dildo online, which fits the description of the pink object in some of the images described above. Minor Victim 1 reported that she would have to play with herself with the dildo for RABAH. Minor Victim 1 stated that RABAH would also request that Minor Victim 1 do stuff (engage in sexual conduct) with other girls for him.

34. Minor Victim 1 was shown screenshots of text messages between herself and RABAH that were recovered from PHONE 1. Minor Victim 1 confirmed that the texts were between her and RABAH. Within the texts, an Apple Pay symbol is visible, consistent with Minor Victim 1's report that RABAH paid her to produce and send him child pornography.

35. Minor Victim 1 was also shown a photo recovered from RABAH's PHONES in which Minor Victim 1 is fully nude. Minor Victim 1 believed that she was around 13 or 14 years of age in the photo and recognized her sheets, pillowcase and bedroom at her home in Western District of New York. Minor Victim 1 recalled sending the photo through Snapchat

to RABAH.

36. Minor Victim 1 was shown the child pornography photograph "5005.JPG," described in paragraph 31(a) above, which was discovered on PHONE 2. Minor Victim 1 believed that she was around 12 or 13 years old in the photo. Minor Victim 1 recognized the mattress cover on the bed as being from her grandparent's house in the Western District of New York, and believed that she sent the photo to RABAH through Snapchat.

37. Minor Victim 1 was also shown the photo of herself named "LocalVideoKeyFrame.jpg" described in paragraph 31(b) above. This photo depicts Minor Victim 1 masturbating with a pink dildo. Minor Victim 1 recognized the blanket and the vanity in the photo as being in her bedroom and confirmed that the pink dildo was the one she purchased with RABAH's money. Minor Victim 1 believed that she sent the photo to RABAH through Snapchat.

38. Minor Victim 1 was shown a photo recovered from both PHONE 1 and PHONE 2, depicting herself with another minor female (Minor Victim 2). In the photo, Minor Victim 2 is seen inserting her fingers into Minor Victim 1's vagina. Minor Victim 1 recalled the photo and identified Minor Victim 2. Minor Victim 1 estimated that she and Minor Victim 2 were around 12 or 13 years of age when the photo was produced.

39. Minor Victim 1 identified RABAH via a photograph, and reported that he remained in contact with her, having last attempted to communicate with her that morning.

40. Minor Victim 1 provided me with screen captures of the TikTok messages that she had received from RABAH that morning in which RABAH propositioned Minor Victim 1 to produce more images via Snapchat. The message from RABAH stated: "Wassup how you been? is it a dub for me getting into the private snap story willing to pay 100 for the entry."

41. Both of RABAH's phones were manufactured outside of New York State and outside of the United States and have therefore traveled in and affecting interstate and foreign commerce.

42. The applications that RABAH used to communicate with Minor Victim 1 to produce and receive the images of child pornography operate via the internet, which is a means and facility of interstate and foreign commerce.

43. Minor Victim 1 was located in the Western District of New York when she produced and sent the images, and the images were recovered from RABAH's phones, which were all located in the Western District of New York.

## CONCLUSION

44. Based on the forgoing, on the above, I submit there is probable cause to believe that RABAH knowingly produced, received, and possessed child pornography in violation of 18 U.S.C. §§ 2251(a), 2252A(a)(2)(A), and 2252A(a)(5)(B).

______________________________
CHRISTA SNYDER
Special Agent
Federal Bureau of Investigation

Affidavit submitted electronically in .pdf format. Oath administered, and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 4(d) on January 12, 2026.

______________________________
COLLEEN D. HOLLAND
United States Magistrate Judge